# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CRIMINAL NO. 1:07CR15

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| TERESA DIMSDALE DORSEY | ) | |

**THIS MATTER** is before the Court on motion of Defendant's counsel to continue the sentencing hearing from the October 3, 2007, calendar.

For the reasons stated by counsel and for good cause shown,

**IT IS, THEREFORE, ORDERED** that counsel's motion for continuance is hereby **ALLOWED**, and this case is continued from the October 3, 2007, calendar.

Signed: October 3, 2007

Lacy H. Thornburg
United States District Judge